UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASLAN KARGINOV,<br><br>    Plaintiff,<br><br>v.<br><br>PAMELA BONDI et al.,<br><br>    Defendants. | Case No. 5:26-cv-00329-SB-SP<br><br>ORDER GRANTING IN PART EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AS SUBSTANTIVELY UNOPPOSED [DKT. NO. 5] |

    Petitioner Aslan Karginov has filed an ex parte application for a temporary restraining order and order to show cause, which seeks immediate release or, alternatively, an individualized bond hearing. Respondents oppose the application in part, stating that while they have a "substantive opposition argument" regarding the broader relief sought, they do not oppose a limited grant of the application requiring them to provide a bond hearing. Petitioner's application is granted in part.

1. Respondents are ordered to provide Petitioner with an individualized bond hearing before an immigration judge within seven days to determine whether he presents a flight risk or danger to the community.

2. To preserve the status quo pending the outcome of the bond hearing and adjudication of the habeas petition, Respondents are temporarily enjoined from removing Petitioner to any third country without providing at least 10 days' written notice and from transferring Petitioner outside the Central District of California.

3. Respondents are ordered to show cause in writing by February 11 why Petitioner should not be released if he remains detained. In its response,

Respondents shall address, among other issues raised by Petitioner, the likelihood of removal in the reasonably foreseeable future under *Zadvydas* if he remains detained.  Petitioner shall file a response by February 16, and the hearing on the request for a preliminary injunction will occur on February 20, 2026, at 8:30 a.m. in Courtroom 6C.

Date: February 3, 2026

Stanley Blumenfeld, Jr.
United States District Judge